IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                               )<br>                      Plaintiff,           )<br>                                                               )<br>              vs.                                         )<br>                                                               )<br>OSCAR COLMENARES-GOLNALEZ, )<br>COLMENARES RODRIGUEZ, INC    )<br>                                                               )<br>                      Defendant.      ) | 8:08CR151<br><br><br><br><br><br>**O R D E R** |

Based on the motion of Government (Doc. 96), and for good cause shown,

IT IS HEREBY ORDERED that the material witness, Luis Ruiz-Anaya, be immediately released from the custody of the U.S. Marshal's Service into the custody of the United States Bureau of Immigration and Customs Enforcement.

DATED November 6, 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge