IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CR151 |
| | ) | |
| OSCAR COLMENARES-GONZALEZ and | ) | ORDER |
| COLMENARES RODRIGUEZ INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendant's motion to continue trial (Doc. 98), due to defense counsel's medical condition. For good cause shown, trial will be continued to February 10, 2009. The defendant will be required to file an affidavit or declaration regarding speedy trial in compliance with the Local Rules of Practice.

**IT IS ORDERED** that the motion is granted, as follows:

1. The jury trial now set for December 9, 2008 is continued to **Tuesday, February 10, 2009.**

2. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **December 9, 2008 and February 9, 2009**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act due to co-counsel's illness and the recent appearance of substitute counsel. Counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

3. Defendant shall file an affidavit or declaration regarding speedy trial, as required by NECrimR 12.1 and/or 12.3, no later than **December 9, 2008.**

**DATED December 1, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**