IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CR151 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| OSCAR COLMENARES-GONZALEZ, | ) | |
| and COLMENARES RODRIGUEZ INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the government's motion for release of material witnesses (Filing No. 126).

IT IS ORDERED that the government's motion for release of material witnesses (Filing No. 126) is held in abeyance pending the acceptance of the plea by the undersigned judge.

DATED this 3rd of June, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge