IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CR151 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| OSCAR COLMENARES-GOLNALEZ, | ) | O R D E R |
| | ) | |
| | ) | |
| Defendant. | ) | |

Based on the joint motion of Government and the Defendant, and good cause shown,

IT IS HEREBY ORDERED that the material witness, Jorge Herrera-Cortes, Celso Antonio Lara-Martinez, Noe Alberto Espinoza-Solis, John Herrera-Cortez, Angel Garcia-Castillo, Jose Trinidad Tinoco-Delgado, and Maricela Ruiz-Anaya, be immediately released from the custody of the U.S. Marshal's Service into the custody of the United States Bureau of Immigration and Customs Enforcement pursuant to that agency's detainers.

DATED this _____ day of June, 2009.

F.A. GOSSETT
U. S. MAGISTRATE JUDGE