# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:08CR151 |
| ) | |
| Plaintiff, ) | |
| ) | O R D E R |
| vs. ) | |
| ) | |
| OSCAR COLMENARES-GONZALEZ, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the government's unopposed motion for release of material witnesses (Filing No. 126).

IT IS ORDERED:

1. The government's motion for release of material witnesses (Filing No. 126) is granted;

2. The U.S. Marshal is ordered to release material witnesses Jorge Herrera-Cortes, Celso Antonio Lara-Martinez, Noe Alberto Espinoza-Solis, John Herrera-Cortez, Angel Garcia-Castillo, Jose Trinidad Tinoco-Delgado, and Maricela Ruiz-Anaya from the U.S. Marshal's custody into the custody of the United States Bureau of Immigration and Customs Enforcement under that agency's detainers on these witnesses; and

3. The Clerk's Office is ordered to provide the U.S, Marshal with a certified copy of this order.

DATED this 22nd day of June, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge